UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Rypiak, | ) | CASE NO. 1:23 CV 1394 |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| The United States Federal Government, | ) | Judgment Entry |
| Defendant. | ) | |

For the reasons stated in the Court's Memorandum of Opinion and Order filed contemporaneously herewith, this action is hereby DISMISSED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/30/23